UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 09-0132 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SHANNON ELAINE FORD, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHANNON ELAINE FORD</u>, Case No. <u>MAG. 09-0132 DAD</u>, Charge <u>Title 18 USC §§ 2, 286, 287, 1344, 1028</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_   Release on Personal Recognizance

     X   Bail Posted in the Sum of $ <u>25,000.00 co-signed by mother</u>

     X   Unsecured Appearance Bond

     \_   Appearance Bond with 10% Deposit

     \_   Appearance Bond with Surety

     \_   Corporate Surety Bail Bond

     X   (Other) <u>Pretrial Services Supervision of conditions of release.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 28, 2009</u> at <u>3:00 p.m.</u>

By _____
Dale A. Drozd
United States Magistrate Judge